UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
JOSEPH R. WAKER, JR.,                     )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )  Civil Action No. 10-0658 (PLF)
                                          )
DEVON BROWN *et al.*,                     )
                                          )
            Defendants.                   )
_____)


MEMORANDUM OPINION

          Pending before the Court is the motion of the remaining defendant, the District

Columbia, to dismiss the complaint. *See* Order of December 9, 2010 (dismissing the complaint

against the individual defendants). By Order of January 6, 2011, plaintiff, proceeding *pro se*,

was advised consistent with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), about his

obligation to respond to the District of Columbia's motion by February 7, 2011, or risk dismissal

of the complaint on a conceded motion. Plaintiff has neither filed a response nor sought

additional time to do so. The Court therefore will treat the pending motion as conceded and will

now dismiss the case. A separate Order accompanies this Memorandum Opinion.

                                          /s/_____
                                          PAUL L. FRIEDMAN
DATE: March 3, 2011                       United States District Judge